```
 1  STEVEN BRUCE CBN 70300
    ZOYA YARNYKH CBN 258062
 2  People With Disabilities Foundation
    507 Polk Street, Suite 430
 3  San Francisco, CA   94102
    Tel (415) 931-3070
 4  Fax (415) 931-2828
    sbruce@pwdf.org
 5  zyarnykh@pwdf.org
    Attorneys for Plaintiff
 6
    MELINDA HAAG
 7  United States Attorney
    DONNA L. CALVERT
 8  Acting Regional Chief Counsel, Region IX
    Social Security Administration
 9  JEAN TURK
    Social Security Administration, Ofc. General Counsel
10  160 Spear Street, Suite 800
    San Francisco, CA 94105
11  Tel. (415) 977-8935
    Fax. (415) 744-0134
12
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA CAMPOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLINE COLVIN, Acting Commissioner of the Social Security Administration,<br><br>　　　　Defendant | CIVIL ACTION No.: 3:13-cv-03327<br><br>**SI**<br><br>**STIPULATION RE: FILING OF MOTION FOR SUMMARY JUDGMENT AND [PROPOSED] ORDER** |

**STIPULATION AND PROPOSED ORDER**

Plaintiff Elena Campos and Defendant Caroline Colvin stipulate that Plaintiff have until January 27, 2014 to file her motion for summary judgment ("MSJ") as Plaintiff's counsel, Steven

Bruce, needs additional time due his staff attorney became medically ill the week of December 9-13, 2013 and continues to be unable to work at Plaintiff's counsel's place of employment. The parties further stipulate that Defendant shall file her opposition to Plaintiff's MSJ no later than February 26, 2014, and the Plaintiff shall file her reply no later than March 4, 2014.

Dated: December 16, 2013

/s/
Steven Bruce
Attorney for Plaintiff

Dated: December 16, 2013

/s/
JEAN TURK
Attorney for Defendant

## [PROPOSED] ORDER

Pursuant to stipulation:

The Court orders that the last day for plaintiff to file his motion for summary judgment is extended from December 18, 2013 to January 27, 2014. Defendant's opposition is now due on February 26, 2014, and Plaintiff's reply is now due on March 4, 2014.

**IT IS SO ORDERED.**

DATED: 12/16/13

HON. SUSAN ILLSTON, DISTRICT COURT JUDGE