UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA CAMPOS,<br>        Plaintiff,<br>    v.<br>CAROLYN W. COLVIN,<br>        Defendant. | Case No. 13-cv-03327-SI<br><br>**JUDGMENT** |

This action has been remanded to the Commissioner of Social Security for further proceedings. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: January 29, 2015

_____
SUSAN ILLSTON
United States District Judge